UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEANGELO DEVON GRANT, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 5:20-MJ-00006 JLT <br><br> **ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Monica L. Bermudez be appointed to represent the above defendant in this case effective *nunc pro tun* to February 18, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 19, 2020**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE